IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01394-PSF-BNB

HANNAH BRILL,

   Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation;
HOUSEHOLD INTERNATIONAL GROUP LIFE, ACCIDENTAL DEATH AND
DISMEMBERMENT AND LONG TERM DISABILITY PLAN, an ERISA
welfare benefit plan;
HOUSEHOLD INTERNATIONAL, INC., as Plan Administrator and Plan Sponsor; and
DECISION ONE MORTGAGE, INC., a North Carolina corporation,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

   THIS MATTER is before the Court on plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Dkt. # 8).  It is hereby ORDERED that the Rule 16 Case Management Conference set for September 6, 2005 at 9:30 a.m. is CONTINUED to **September 20, 2005 at 8:30 a.m.** in Courtroom A602, 6th Floor, of the Arraj Courthouse,  before Judge Figa.

DATED:  August 29, 2005