IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01394-PSF-BNB

HANNAH BRILL,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation;
HOUSEHOLD INTERNATIONAL GROUP LIFE, ACCIDENTAL DEATH AND
DISMEMBERMENT AND LONG TERM DISABILITY PLAN, an ERISA
welfare benefit plan;
HOUSEHOLD INTERNATIONAL, INC., as Plan Administrator and Plan Sponsor; and
DECISION ONE MORTGAGE, INC., a North Carolina corporation,

    Defendants.

_____

## ORDER RESETTING SCHEDULING CONFERENCE
_____

    Having reviewed the Plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Dkt. # 11), and being fully advised in the premises, the Court hereby

    ORDERS that the scheduling conference set for September 20, 2005 at 8:30 a.m. is VACATED.  Plaintiff is hereby ordered to contact Chambers at 303-335-2174 to reset the scheduling conference as soon as all defendants have entered their appearance in this matter.  The Court further DIRECTS that the scheduling conference shall occur **no later than October 21, 2005.**

    DATED: September 19, 2005

                                               BY THE COURT:

                                               s/ Phillip S. Figa
                                               _____
                                               Phillip S. Figa
                                               United States District Judge