IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01394-PSF-BNB

HANNAH BRILL,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation;
HOUSEHOLD INTERNATIONAL GROUP LIFE, ACCIDENTAL DEATH AND
DISMEMBERMENT AND LONG TERM DISABILITY PLAN, an ERISA
welfare benefit plan;
HOUSEHOLD INTERNATIONAL, INC., as Plan Administrator and Plan Sponsor; and
DECISION ONE MORTGAGE, INC., a North Carolina corporation,

    Defendants.

## ORDER TO RESET SCHEDULING CONFERENCE

THIS MATTER is before the Court on Plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Dkt. # 11).  The Court hereby

ORDERS that the Rule 16 Case Management Conference is RESET to **October 21, 2005 at 8:15 a.m.**

    DATED: October 12, 2005

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Judge