IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01394-PSF-BNB

HANNAH BRILL,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,
HOUSEHOLD INTERNATIONAL GROUP LIFE, ACCIDENTAL DEATH AND
DISMEMBERMENT AND LONG TERM DISABILITY PLAN, an ERISA welfare benefit plan,
HOUSEHOLD INTERNATIONAL, INC., as plan administrator and plan sponsor, and
DECISION ONE MORTGAGE, INC., a North Carolina corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the Notification of Settlement, it has come to the attention of the Court that a settlement has been reached.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **February 13, 2006**, or a status report addressing why dismissal has not been accomplished.

DATED:  January 30, 2006