IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01394-PSF-BNB

HANNAH BRILL,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation;
HOUSEHOLD INTERNATIONAL GROUP LIFE, ACCIDENTAL DEATH AND
DISMEMBERMENT AND LONG TERM DISABILITY PLAN, an ERISA
welfare benefit plan;
HOUSEHOLD INTERNATIONAL, INC., as Plan Administrator and Plan Sponsor; and
DECISION ONE MORTGAGE, INC., a North Carolina corporation,

    Defendants.

## ORDER RE SETTLEMENT NOTIFICATION

In light of the parties' Notification of Settlement (Dkt. # 29) it is hereby

ORDERED that dismissal papers shall be filed no later than February 13, 2006. All other deadlines in this case are hereby VACATED.

    DATED: January 30, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge